# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

**BHATE ENVIRONMENTAL
ASSOCIATES, INC.,**

     **Plaintiff,**

**v.**                     **CASE NO. 3:17cv476-MCR-CJK**

**DAVID COX**

     **Defendant.**

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 4, 2017. ECF No. 12. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.      This action is DISMISSED WITH PREJUDICE.

3.      The clerk shall close the file.

**DONE AND ORDERED** this 6th day of November, 2017.


s/ *M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**